962

No. 656, Misc. PRINCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 499. FORT DIX APARTMENTS CORP. ET AL. *v.* BOROUGH OF WRIGHTSTOWN ET AL. C. A. 3d Cir. Certiorari denied. *Josiah E. DuBois, Jr.* and *Madison S. DuBois* for the Fort Dix Apartments Corporation, and *Alexander Feinberg* for Sheridanville, Inc., petitioners. *Albert McCay* for the Borough of Wrightstown et al., and *Martin L. Haines* for the Township of Springfield et al., respondents. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky, Erwin A. Goldstein* and *Lyle M. Turner* filed a memorandum for the United States, as *amicus curiae,* in support of the petition.

No. 635. ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS, AFL, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *David I. Ashe* for petitioners. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Samuel M. Singer* for respondent.

No. 791. NATIONAL LABOR RELATIONS BOARD *v.* BUSINESS MACHINE AND OFFICE APPLIANCE MECHANICS CONFERENCE BOARD, LOCAL 459, INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, CIO. C. A. 2d Cir. Certiorari denied. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Benjamin C. Sigal* for respondent.